UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER C. ARDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PENSION BENEFIT INFORMATION, LLC d/b/a PBI RESEARCH SERVICES, PROGRESS SOFTWARE CORPORATION and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants | Case No.: 1:23-cv-12015<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant, Pension Benefit Information, LLC d/b/a PBI Research Services, in the above captioned matter.

Dated: August 31, 2023

Respectfully submitted,

/s/ Jordan S. O'Donnell
Jordan S. O'Donnell, #BBO 684001
Mullen Coughlin LLC
426 W. Lancaster Ave., Suite 200
Devon, PA 19333
Telephone: (267) 930-4787
jsodonnell@mullen.law

*Attorneys for Defendant,*
*Pension Benefit Information, LLC*
*d/b/a PBI Research Services*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, a copy of this Notice of Appearance was filed electronically and served on all counsel of record through the electronic filing system.

/s/ *Jordan S. O'Donnell*
Jordan S. O'Donnell